# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LEONARD DEFLORIAN**                                                    **PLAINTIFF**

**v.**                                          **No. 3:25-cv-182-DPM**

**SCOTTY  WAYNE PARKER;**
**BRENNTAG SOLUTIONS AND**
**SERVICES LLC d/b/a JM Swank;  JOHN**
**DOE ENTITIES 1-4;  and JOHN DOES 1-4**                    **DEFENDANTS**

## JUDGMENT

Deflorian's complaint is dismissed with prejudice.   The Court retains jurisdiction until 15 August 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2026